APRIL 24, 1804.

# Jacob Shutt *v.* Charles Travis.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Ohio county.*

In ejectment the plaintiff must show title in himself or he can not recover.

It being a general rule in ejectment that the plaintiff must show a good and sufficient title in himself, and the plaintiff in this cause not having done so, the judgment is erroneous and must be reversed with costs.

Therefore, it is considered by the court, that the judgment aforesaid be reversed, annulled, and set aside, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the circuit court of Ohio county.